```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/27/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                      :

UNITED STATES OF AMERICA

                                      :    19 cr 821

    -against-                      :    ORDER
                                        :

    Abreu, et al

                                        :

Defendant: Jose Cruz

                                        :
-----------------------------------X

     Hon. Kimba M. Wood, United States District Judge:

     ORDERED that home detention enforced with location monitoring be eliminated as a condition of the defendant's release. All other conditions remain as previously set.

     Dated: New York, New York
           March 24, 2020

                           SO ORDERED

                           Hon. Kimba M. Wood
                           United States District Judge