**RICHARD PALMA**
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/14/2021____
```

MEMBER OF THE BAR
NEW YORK & FLORIDA

TEL. (212) 686-8111
FAX  (212) 202-7800
E-MAIL: rpalma177@gmail.com

January 14, 2021

**ECF**

Hon. Kimba M. Wood
United States District Judge
U.S. Courthouse for S.D.N.Y.
500 Pearl Street
New York, New York   10007

**MEMO ENDORSED**

Re:   <u>United States v. Jose Cruz, Dkt. 19 Cr. 00821 (KMW)</u>
Defense Request for Modification of Bail Conditions to Include Travel, to and from, the District of New Jersey for Employment.

Dear Judge Wood:

　　As Mr. Jose Cruz's attorney, I respectfully request that his current bail conditions, which limit travel to SDNY and EDNY, expand to the District of New Jersey for employment purposes. The Government and U.S. Pretrial Services do not oppose this request. Mr. Cruz is employed by a medical supply company, RTC Cutting, located at 90 Dayton Avenue, Passaic, New Jersey. His work scheduled is Monday to Friday 7 A.M. to 5:30 P.M.  If Your Honor grants this modification, we respectfully ask that order authorize U.S.P.O. Keyana Pompey to set the travel time to suit his work schedule.

**Granted - KMW**

　　If there are any questions, I can be reached immediately by cell phone, (917) 751-5754.

　　Thank you.

**Defendant's request is granted.  Probation Officer Pompey is hereby authorized to set the travel time in order to suit Mr. Cruz's work schedule.**

**SO ORDERED.**
**Dated:  January 14, 2021**
**New York, NY**

Yours truly,

s/ Richard Palma

Richard Palma ( Bar No. rp 4441)

Copy: USPO Keyana Pompey (Keyana_Pompey@nyspt.uscourts.gov

*/s/ Kimba M. Wood*
_____
**The Honorable Kimba M. Wood**
**United States District Judge**