**RICHARD PALMA**
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/21
```

MEMBER OF THE BAR
NEW YORK & FLORIDA

TEL. (212) 686-8111
FAX. (212) 202-7800
E-MAIL: rpalma177@gmail.com

August 31, 2021

**ECF Filed**

Honorable Kimba M. Wood
United States District Judge
U.S. District Courthouse for S.D.N.Y.
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re:   U.S. v. Abreu, et al., including Jose Cruz, Dkt. 19 Cr. 821 (KMW)
      With No Opposition by the Government, the Defense Requests a 90-Day
      Adjournment of Jose Cruz's September 28, 2021 Sentencing Hearing.

Dear Judge Wood:

Mr. Jose Cruz is respectfully requesting a 90-day adjournment of his September 28th sentencing hearing so that he may complete a high school equivalency diploma program sponsored by Hostos Community College which began on August 3rd and ends on October 7th. See, Attached August 30, 2021 letter. As noted in the PSR at p. 21, Probation acknowledges that Mr. Cruz would benefit from obtaining his general equivalency diploma (GED). He anticipates sitting for the examination in mid-October and he believes tests results are posted by late October or early November. In addition to attending by videoconference GED classes twice a week at night, as further noted in the PSR, ¶¶ 65-66, Mr. Cruz has maintained full-time employment since his release on bail on January 17, 2020 and is in full compliance with his bail conditions. ¶ 9.

The Government does not oppose this request. This is a first time request by the Defense seeking an adjournment of the sentencing hearing.

Thank you.

*Sentencing is adjourned to December 20, 2021 at 11:00 a.m.*

Respectfully submitted,
s/Richard Palma
Richard Palma

Attachment: Hostos Community College letter.

*Defendant's submission is due by December 6. Government submission is due by December 13.*

**SO ORDERED:** N.Y., N.Y. 8/31/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.