UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

JOSE CRUZ,

                                   Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/22

KIMBA M. WOOD, District Judge:

Sentencing currently scheduled for February 9, 2022, is adjourned to March 9, 2022, at 2:00 p.m. Defendant's submission is due by February 23, 2022. Government submission is due by March 2, 2022.

SO ORDERED.

Dated: New York, New York
       January 20, 2022

                                                    _____
                                                    KIMBA M. WOOD
                                           UNITED STATES DISTRICT JUDGE