USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

       -against-

JOSE CRUZ,

                      Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

    Due to a conflict with the Court's trial schedule, the conference currently scheduled for May 25, 2022, is adjourned to Wednesday, June 22, 2022, at 11:30 a.m., as an in-person proceeding.

    SO ORDERED.

Dated: New York, New York
         May 9, 2022

                                              /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE