UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

JOSE CRUZ,

                Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/22

KIMBA M. WOOD, District Judge:

    Due to the Court's trial calendar, the conference currently scheduled for June 22, 2022, is adjourned to Wednesday, July 13, 2022, at 10:30 a.m.

    SO ORDERED.

Dated: New York, New York
          May 31, 2022

                                                  /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE