```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

JOSE CRUZ,

                  Defendant.
-----------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Tuesday, September 13, 2022, at 9:30 a.m.

Members of the press and public who wish to hear the proceeding may dial 1-646-453-4442 and enter Conference ID 500178706. Consistent with the standing orders of this court and the local rules, no recording or rebroadcasting of the proceeding is permitted.

SO ORDERED.

Dated: New York, New York
         September 6, 2022

                                              */s/ Kimba M. Wood*
                                                  KIMBA M. WOOD
                                             UNITED STATES DISTRICT JUDGE