UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/22

      -against-

JOSE CRUZ

                        Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference on Tuesday, November 15, 2022, at 11:30 a.m.

Members of the press and public who wish to join the conference should dial 646-453-4442 and enter Conference ID 500178706, with their telephones on mute.

SO ORDERED.

Dated: New York, New York
         November 9, 2022

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE