UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

JOSE CRUZ,

                           Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/23

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference on Tuesday, January 17, 2023, at 12:00 p.m.

Members of the press and public who wish to hear the conference may dial 646-453-4442 and enter Conference ID 500178706, with their telephones on mute. Consistent with the standing orders of this court and the local rules, no recording or rebroadcasting of the proceeding is permitted.

        SO ORDERED.

Dated: New York, New York
       January 9, 2023

                                                         /s/ Kimba M. Wood
                                                       KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE