UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/23
```

        -against-

JOSE CRUZ,

                          Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a video conference on Monday, February 13, 2023, at 10:30 a.m.

Members of the press and public who wish to join the conference may dial 1-646-453-4442 amd enter conference ID 500178706, with their telephones on mute.

SO ORDERED.

Dated: New York, New York
       February 6, 2023

                                         _____
                                             KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE