UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

            -against-

JOSE CRUZ,

                                Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/23

KIMBA M. WOOD, District Judge:

      The Court will hold a remote conference in the above-captioned case on Tuesday, March 28, 2023, at 10:30 a.m. Members of the press and public who wish to join the conference may do so by dialing 1-646-453-4442 and entering Conference ID 500178706, with their telephones on mute.

      SO ORDERED.

Dated: New York, New York
       March 20, 2023

                                                            /s/ Kimba M. Wood
                                                      KIMBA M. WOOD
                                             UNITED STATES DISTRICT JUDGE