UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
UNITED STATES OF AMERICA

            -against-

JOSE CRUZ,

                          Defendant.
-----------------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/23

KIMBA M. WOOD, District Judge:

      Due to a conflict with the Court's calendar, the conference scheduled for Tuesday, April 25 is adjourned to Monday, May 8, 2023, at 11:30 a.m.

      SO ORDERED.

Dated: New York, New York
          April 18, 2023

                                                      /s/ Kimba M. Wood
                                                 KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE