UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

          -against-

JOSE CRUZ,

                            Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/23

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference in the above-captioned case on Monday, May 8, 2023, at 11:30 a.m. Members of the press and public who wish to join the conference should dial 646-453-4442 and enter conference ID 500178706, with their telephones on mute.

    SO ORDERED.

Dated: New York, New York
         May 3, 2023

                                              /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE