UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against                         **ORDER**
                                    19 CR 821 (KMW)

JOSE CRUZ,

                  Defendant.
----------------------------------------------------------------x
KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference in this case on Tuesday, June 13 at 11:30 a.m.

Members of the press and public who wish to join the proceeding may dial 1-646-453-4442 and

enter Conference ID 500178706, with their telephones on mute.

    SO ORDERED.

Dated:  New York, New York
       June 8, 2023

                           KIMBA M. WOOD
                 UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/8/23