UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

UNITED STATES OF AMERICA

       -against

JOSE CRUZ,

               Defendant.
--------------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

    The Court hereby Orders early termination of supervised release.

    SO ORDERED.

Dated: New York, New York
       July 16, 2024

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE